IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CIVIL ACTION |
| v. | § | No. CA-3-4101-R |
| | § | |
| RICHARDSON INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

FILED
SEP 14 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## RICHARDSON INDEPENDENT SCHOOL DISTRICT
## SEMESTER REPORT: FALL SEMESTER 2007

The Richardson Independent School District, defendant, pursuant to the Court's Order originally filed September 10, 1970, and modified by Order filed October 7, 1980, submits (i) the Semester Report for the Hamilton Park Pacesetter Magnet School ("Semester Report"), and (ii) the Notice of Majority to Minority Transfer Policy ("Notice").

1. The Semester Report for the Fall semester of the 2007-2008 school year showing the number of students, by race, assigned to each classroom and grade at the Hamilton Park Pacesetter Magnet School is attached hereto as Exhibit A. (*See* Order dated October 7, 1980, at 1.)

2. The Notice that was forwarded on or about June 1, 2007, to all parents in the Hamilton Park Elementary School attendance area is attached hereto as Exhibit B. (*See* Order dated September 10, 1970, at 5.)

Dated: September 10, 2007.

ORIGINAL

Respectfully submitted,

RICHARDSON INDEPENDENT SCHOOL DISTRICT

By: _____
Mia M. Martin, Attorney
State Bar No. 13094410

400 South Greenville Avenue
Richardson, Texas 75081
TEL (469) 593-0341
FAX (469) 593-0344

ATTORNEY FOR DEFENDANT
RICHARDSON INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I certify that on the 10th day of September, 2007, a true and correct copy of the foregoing document was served on counsel of record via U.S. mail as follows:

> Le Vern Younger, Esq.
> Lawrence Baca, Esq.
> Education Opportunities - Litigation Section
> Civil Rights Division
> U.S. Department of Justice
> 10th & Constitution Avenue
> Washington, D.C. 20530

_____
Mia M. Martin

# Exhibit A

Case 3:70-cv-04101-O Document 2 Filed 09/14/07 Page of 6 PageID 20

# Hamilton Park Pacesetter Magnet School
First Semester Report to the Court
as of September 10, 2007

| Teacher | Am In | Asn | Blk | Hisp | Wh |
|---|---|---|---|---|---|
| **1st Grade** | | | | | |
| ARDILA | | 3 | 9 | 5 | 3 |
| WYLIE | | | 8 | 6 | 6 |
| MCCONNELL | | | 8 | 4 | 8 |
| WRIGHT | | 1 | 8 | 2 | 9 |
| COLODNEY | | | 7 | 4 | 9 |
| **2nd Grade** | | | | | |
| FITZPATRICK | | 1 | 9 | 4 | 4 |
| WOODBERRY | | 2 | 9 | 3 | 4 |
| CHARLES | | 2 | 7 | 4 | 5 |
| CLARK | | 1 | 6 | 3 | 9 |
| HEAD | | 2 | 8 | 4 | 5 |
| **3rd Grade** | | | | | |
| BOBER | | | 7 | 2 | 10 |
| DICKENS | | | 8 | 6 | 5 |
| DRIVER | | | 7 | 6 | 6 |
| CUSHING | | 1 | 7 | 6 | 5 |
| ULASZEK | | | 4 | 6 | 9 |
| **4th Grade** | | | | | |
| FRIEDLANDER | | 1 | 6 | 3 | 6 |
| GOLMAN | | | 6 | 1 | 10 |
| PERRY | | 1 | 7 | 4 | 6 |
| WILLIAMS | | | 5 | 4 | 7 |
| POTTS | | 3 | 8 | 4 | 3 |
| **5th Grade** | | | | | |
| BANNER | | | 6 | 1 | 9 |
| BURNEY | | 1 | 10 | 2 | 7 |
| MCLEAN | | | 7 | 3 | 8 |
| WAYNE | | 2 | 6 | 1 | 9 |
| DEAN | | 1 | 8 | 2 | 6 |
| **6th Grade** | | | | | |
| HICKS | | 1 | 8 | 4 | 6 |
| ROWLEY | | | 8 | 3 | 7 |
| BURGER | 2 | 2 | 6 | 2 | 5 |
| FENTON | | | 9 | 2 | 7 |
| HOYT | | 1 | 7 | 3 | 6 |
| *Overall* | 2 | 26 | 219 | 104 | 199 |

# Exhibit B

Case 3:70-cv-04101-O   Document 2   Filed 09/14/07   Page  of 6   PageID 22



OFFICE FOR SPECIAL PROJECTS

Richardson Independent School District     400 S. Greenville Ave.    Richardson, TX 75081-4198     469-593-0442     Fax 469-593-3772

June 1, 2007

Dear Parent:

As you may know, the Richardson Independent School District established the Hamilton Park Pacesetter Magnet School in approximately 1975 in connection with Court orders entered in Civil Action 3-4101-C. Each year, the District must notify parents in the Hamilton Park attendance area of our Majority to Minority Transfer Policy. That policy provides:

> The school district shall permit a student attending a school in which his race is the majority to choose to attend the nearest school where his race is in the minority. All transferring students shall be given transportation if they so desire it. Transferees must be given priority for space, and the right to transfer shall not be dependent upon space available.

This policy has not changed since the last time we notified you of its language. If you have any questions about this matter, please contact Dr. Cindy Montgomery, the principal of Hamilton Park Pacesetter Magnet School, at (469) 593-3900 or my office at (469) 593-0442.

Sincerely,

Michael P. Freeman
Coordinating Director for Special Projects

mpf