**ETHNIC DISTRIBUTION**

| # | School Name | Student Enrollment as of March 22, 2011 | | | | | | | Teacher Count as of March 24, 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Am In | Asn | Blk | Hisp | Wh | Pacific Island | Two or More | Am In | Asn | Blk | Hisp | Wh | Pacific Island | Two or More |
| 1 | J.J. Pearce High School | 13 | 82 | 124 | 631 | 1,142 | 8 | 34 | 2 | 3 | 3 | 4 | 112 | | 2 |
| 2 | L.V. Berkner High School | 11 | 431 | 740 | 681 | 720 | 9 | 80 | | 3 | 28 | 11 | 136 | | 3 |
| 3 | Lake Highlands High School | 4 | 67 | 566 | 416 | 541 | 1 | 34 | 1 | 1 | 7 | 4 | 100 | | 1 |
| 4 | Richardson High School | 10 | 164 | 460 | 938 | 786 | 2 | 80 | | 3 | 8 | 11 | 145 | | 3 |
| 5 | Christa McAuliffe Learning Center | | | 24 | 21 | 13 | | 2 | | | 5 | 1 | 17 | | |
| 6 | Apollo Junior High | 4 | 88 | 158 | 185 | 247 | 1 | 16 | | 1 | 1 | 1 | 49 | | 1 |
| 7 | Forest Meadow Junior High | 1 | 34 | 289 | 218 | 129 | | 17 | | 1 | 10 | 1 | 43 | | 2 |
| 8 | Lake Highlands Freshman Center | 2 | 29 | 215 | 192 | 178 | | 9 | | 1 | 4 | 4 | 33 | | 1 |
| 9 | Lake Highlands Junior High | 3 | 27 | 207 | 195 | 215 | | 6 | | | 11 | 3 | 36 | | |
| 10 | Liberty Junior High | 7 | 82 | 248 | 199 | 62 | | 9 | 2 | 1 | 5 | 4 | 40 | | |
| 11 | Parkhill Junior High | 1 | 17 | 27 | 209 | 290 | | 13 | | | 2 | 4 | 38 | | |
| 12 | Richardson North Junior High | 1 | 7 | 45 | 228 | 242 | 1 | 9 | | | 1 | 3 | 36 | | 1 |
| 13 | Richardson West Junior High | 1 | 32 | 108 | 318 | 206 | 3 | 18 | | 1 | 8 | 4 | 41 | | |
| 14 | Westwood Junior High | 2 | 58 | 169 | 212 | 174 | | 19 | | 1 | 7 | 3 | 38 | | 2 |
| 15 | Aikin Elementary | 1 | 52 | 190 | 331 | 31 | | 7 | 1 | 0 | 3 | 5 | 31 | | |
| 16 | Arapaho Classical Magnet | 4 | 47 | 100 | 172 | 203 | 1 | 9 | 1 | 1 | 2 | 2 | 33 | | |
| 17 | Audelia Creek Elementary | 1 | 29 | 350 | 264 | 15 | | 15 | | 2 | 9 | 4 | 33 | | 1 |
| 18 | Big Springs Elementary | 1 | 37 | 95 | 129 | 200 | 2 | 28 | | | 1 | 2 | 28 | | 2 |
| 19 | Bowie Elementary | | 14 | 37 | 71 | 387 | 2 | 12 | | | 1 | 1 | 38 | | |
| 20 | Brentfield Elementary | 1 | 32 | 9 | 67 | 470 | 2 | 23 | | | 1 | 1 | 33 | | |
| 21 | Canyon Creek Elementary | | 6 | 12 | 47 | 203 | 1 | 6 | | 1 | 1 | 1 | 17 | | |
| 22 | Carolyn G Bukhair Elementary | 1 | | 55 | 629 | 3 | 1 | 4 | | 1 | 1 | 14 | 36 | | 1 |
| 23 | Dartmouth Elementary | | 48 | 52 | 73 | 186 | | 13 | | | 2 | | 25 | | 1 |
| 24 | Dobie Primary | 3 | 3 | 37 | 560 | 36 | 2 | 3 | | 1 | 1 | 16 | 14 | | |
| 25 | Dover Elementary | 1 | 4 | 19 | 545 | 30 | 1 | 4 | | | 2 | 17 | 18 | | 1 |
| 26 | Forest Lane Academy | | 2 | 249 | 390 | 20 | 1 | 6 | | 1 | 11 | 10 | 21 | | 1 |
| 27 | Forestridge Elementary | 2 | 118 | 251 | 229 | 37 | | 9 | | 4 | 3 | 2 | 37 | | |
| 28 | Greenwood Hills Elementary | 1 | 9 | 31 | 249 | 94 | | 14 | | | | 6 | 25 | | |
| 29 | Hamilton Park Pacesetter Magnet | | 29 | 279 | 181 | 202 | | 22 | | 1 | 11 | 2 | 41 | | 2 |
| 30 | Jess Harben Elementary | 1 | 76 | 117 | 90 | 115 | 2 | 6 | | | 2 | | 22 | | |
| 31 | Lake Highlands Elementary | 6 | 15 | 97 | 280 | 247 | | 6 | | | 1 | 7 | 31 | 1 | 1 |
| 32 | Mark Twain Elementary | | 27 | 106 | 309 | 28 | | 9 | | 1 | 3 | 8 | 22 | | |
| 33 | Math/Science/Technology Magnet | 7 | 153 | 110 | 173 | 163 | 1 | 27 | | | 3 | 2 | 43 | | |
| 34 | Merriman Park Elementary | 2 | 4 | 153 | 104 | 159 | | 18 | | | 2 | | 28 | | 1 |
| 35 | Mohawk Elementary | | 9 | 8 | 42 | 285 | | 10 | | | | 1 | 22 | | |
| 36 | Moss Haven Elementary | 1 | 10 | 98 | 67 | 266 | | 14 | | | 1 | 2 | 27 | | |
| 37 | Northlake Elementary | 3 | 11 | 265 | 299 | 33 | | 15 | | | 8 | 5 | 28 | | |
| 38 | Northrich Elementary | 1 | 17 | 67 | 252 | 120 | 2 | 11 | 1 | 1 | 1 | 1 | 28 | | |
| 39 | Northwood Hills Elementary | | 19 | 67 | 206 | 106 | | 8 | | 1 | | | 27 | | 2 |
| 40 | O Henry Elementary | | 48 | 96 | 276 | 46 | | 12 | | 1 | 3 | 7 | 21 | | |
| 41 | Prairie Creek Elementary | 1 | 13 | 1 | 35 | 226 | | 8 | | | 1 | | 17 | | |
| 42 | Prestonwood Elementary | 1 | 7 | 28 | 177 | 108 | | 7 | | | 1 | | 23 | | |
| 43 | Richardson Heights Elementary | 1 | 14 | 58 | 224 | 123 | 2 | 18 | | 1 | 1 | 7 | 22 | | 2 |
| 44 | Richardson Terrace Elementary | | 83 | 156 | 193 | 98 | | 23 | | 1 | 4 | 2 | 29 | | 2 |
| 45 | Richland Elementary | | 135 | 256 | 119 | 89 | | 10 | | 1 | 5 | 1 | 30 | | 3 |
| 46 | RISD Academy | | 18 | 93 | 650 | 20 | 1 | 6 | | | 3 | 17 | 35 | | |
| 47 | Skyview Elementary | 2 | 3 | 338 | 216 | 32 | | 16 | | | 5 | 4 | 38 | | 1 |
| 48 | Spring Creek Elementary | 3 | 8 | 47 | 61 | 205 | 1 | 10 | | 2 | 1 | | 27 | | |
| 49 | Spring Valley Elementary | 2 | 4 | 39 | 351 | 29 | | 5 | | | | 8 | 23 | | |
| 50 | Springridge Elementary | 1 | 75 | 149 | 98 | 90 | | 8 | | | 4 | 2 | 24 | | |
| 51 | Stults Road Elementary | 2 | 21 | 221 | 247 | 22 | | 19 | | | 14 | 6 | 13 | | 3 |
| 52 | Thurgood Marshall Elementary | 2 | 2 | 411 | 200 | 13 | | 7 | | 1 | 15 | 1 | 29 | | 2 |
| 53 | Wallace Elementary | 2 | 61 | 143 | 216 | 151 | | 13 | | | 3 | 3 | 34 | | |
| 54 | White Rock Elementary | 1 | 7 | 73 | 91 | 413 | | 13 | | 1 | 1 | 2 | 31 | | 1 |
| 55 | Yale Elementary | | 56 | 96 | 77 | 236 | | 18 | | | 1 | 1 | 32 | | |
| 56 | TOTALS | 115 | 2444 | 8439 | 13633 | 10485 | 47 | 838 | 8 | 39 | 230 | 230 | 2000 | 1 | 43 |